UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANDRAE R. DEAS,

    Plaintiff,

v.

INGHAM COUNTY,

    Defendant.
_____/

Case No. 1:18-cv-838

HON. JANET T. NEFF

## **ORDER**

This is a civil rights action brought by a county jail inmate under 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 19, 2018, recommending that this action be dismissed with prejudice for Plaintiff's failure to prosecute. The Report and Recommendation was duly served on the parties.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 11) is APPROVED and ADOPTED as the Opinion of the Court.

A Judgment will be entered consistent with this Order.

Dated: January 14, 2019

          /s/ Janet T. Neff
          JANET T. NEFF
          United States District Judge

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender" and "released" (ECF No. 12). Plaintiff has failed to keep the Court apprised of his current address.